**Electronically Filed
Supreme Court
SCWC-13-0000428
18-FEB-2015
04:02 PM**

SCWC-13-0000428

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the

THOMAS H. GENTRY REVOCABLE TRUST

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000428; TRUST NO. 02-1-0030)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Appellant Kiana E. Gentry's application for writ of certiorari filed on January 2, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 18, 2015.

Margery S. Bronster
and Jae B. Park
for petitioner

Carroll S. Taylor
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

